**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Diane Kimball

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIANE KIMBALL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TD RETAIL CARD SERVICES, FURNISH 123, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendants.** | **Case No.: 19-CV-00554-MCE-CKD**<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT TD RETAIL CARD SERVICES** |

///

///

///

///

///

///

Plaintiff Diane Kimball (hereinafter "Plaintiff") and Defendant TD Bank, N.A. (incorrectly named as "TD RETAIL CARD SERVICES" ("TDRCS") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant TDRCS from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 8, 2019         Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

**DUANE MORRIS**

By: /s Terrance J. Evans
    TERRANCE J. EVANS, ESQ.
    ATTORNEY FOR TDRCS

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: October 8, 2019         **C.O. LAW, APC**

By:    /s/ Clark Ovruchesky
       Clark Ovruchesky
       ATTORNEYS FOR PLAINTIFF

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all claims of Plaintiff Diane Kimball ("Plaintiff") against Defendant TD Bank, N.A. (incorrectly named as "TD RETAIL CARD SERVICES" ("TDRCS")) are dismissed, with prejudice. Plaintiff and TDCRS shall each bear their own costs and attorneys' fees, and this case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: October 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE